# In the District Court of the United States, District of Oregon.

Case 1:08-CV-3022-PA

Ms. Chris Holsworth,
defendant on counterclaim

**AFFIDAVIT OF DEFAULT**

vs.

**DIRECTING ENTRY OF DEFAULT**

Ron Gibson,
plaintiff on counterclaim

## AFFIDAVIT OF HOLSWORTH DEFAULT FOR ENTRY BY CLERK

**By Rule 55. Default. (a) Entry.** Defendant on counterclaim, Holsworth, was served, failed to plead or otherwise defend or show cause in the time or as required or to meet her burden or of rebuttal the fact appearing by this affidavit, the clerk by rule shall enter the party's default as is directed to so do.

In good faith and for verification of the foregoing, God Almighty my Witness and Protector, I solemnly declare this truth of open Record, executed without the United States on April 11, 2008.

*Ron Gibson*

Ron Gibson.

Location: general delivery,

Selma, Oregon. 97538